UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gregory A. Welch,                                   Civil 09-1404 ADM/FLN

    Petitioner,

v.                                                  O R D E R

Joan Fabian, Commissioner
of Corrections,

    Respondent.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 26, 2009, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for a writ of habeas corpus [#1] is SUMMARILY DENIED; and

2. This action is DISMISSED WITH PREJUDICE.

DATED: July 17, 2009.              s/ Ann D. Montgomery
at Minneapolis, Minnesota       JUDGE ANN D. MONTGOMERY
                                    United States District Court